# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2019

159667-9 & (17)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JACOB JAY HUGHES,
        Defendant-Appellant.

SC: 159667
COA: 347866
Oakland CC: 2018-267391-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MARY ANNE HUGHES,
        Defendant-Appellant.

SC: 159668
COA: 347998
Oakland CC: 2018-267388-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JULIA ANN HANNAN,
        Defendant-Appellant.

SC: 159669
COA: 348003
Oakland CC: 2018-267390-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 17, 2019 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2019

Clerk

s0611